IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Amy Mercuri,                                :         Chapter 13
           Debtor                              :         Bankruptcy No.: 19-12400-ref

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed April 30, 2019 was forwarded to the following parties, as follows:

*Via First Class United States Mail on April 30, 2019:*

John Lindinger, Insolvency Manager
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Brian P. Henley, Assistant VP
Branch Banking & Trust Company
Bankruptcy Section
P.O. Box 1847, 100-50-01-51
Wilson, NC 27894

*via Electronic Filing (ECF) on April 30, 2019:*

Rebecca Ann Solarz, Esquire on behalf of Quicken Loans Inc.
bkgroup@kmllawgroup.com

Scott Waterman, Esquire, Chapter 13 Trustee
ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@SJR-LAW.com

Date: April 30, 2019     Counsel for Debtor