*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Amy Mercuri
    Debtor(s)

Case No: 19–12400–ref
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for for failure to pay the First
Installment Payment of $155.00.

will be held before the Honorable Richard E. Fehling ,United States Bankruptcy Court

on: 6/6/19

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

Dated: May 20, 2019

15
Form 175