## PA BEAUTY SUPPLY

| Employee ID | Employee Name | | | | | | | | Social Sec. No. | Start Period | End Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | AMY MERCURI | | | | 4/1/2019 | 0.00 | 0.00 | | 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 | 3/24/2019 | 3/30/2019 |

| Earnings | | | | Taxes | | | Deductions | | | Benefits | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Withheld | Year-To-Date | Code | Amount | Year-To-Date | Code | Amount | Year-To-Date |
| GAS | $75.00 | | $75.00 | FICA | | | | $0.00 | $0.00 | | $0.00 | $0.00 |
| SALARY | $60,000.00 | 40.00 | $1,153.85 | Med. | $16.73 | $16.73 | | | | | | |
| | | | | S.S. | $71.54 | $71.54 | | | | | | |
| | | | | Federal | $158.13 | $158.13 | | | | | | |
| | | | | State | | | | | | | | |
| | | | | PA | $35.42 | $35.42 | | | | | | |
| | | | | Local | | | | | | | | |
| | | | | SDI | $0.69 | $0.69 | | | | | | |
| | Total | 40.00 | $1,228.85 | | $282.51 | | | $0.00 | | | | |

| Gross Year-To-Date | Net Year-To-Date |
|---|---|
| $1,153.85 | $946.34 |
| Net Pay | |
| | $946.34 |

---

**PA BEAUTY SUPPLY**
427 JANE ST.
CARNEGIE, PA 15106

**KeyBank**
50-7044/2223

DATE: 4/1/2019
CHECK NO. 32948

CHECK AMOUNT
$946.34

PAY  Nine Hundred Forty Six Dollars and 34 Cents

TO THE ORDER OF:
AMY MERCURI
153 AUSTRIAN DRIVE
BLANDON PA 19510

AUTHORIZED SIGNATURE

⑈032948⑈ ⑆222370440⑆ 000389022469⑈