IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Amy Mercuri,                :        Chapter 13
           Debtor            :        Bankruptcy No.: 19-12400-amc

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed May 31, 2019 was forwarded to the following parties, as follows:

*Via First Class United States Mail on May 31, 2019:*

Victoria Mosby, Bankr. Spec.
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Brian P. Henley, Assistant VP
Branch Banking & Trust Company
Bankruptcy Section
P.O. Box 1847, 100-50-01-51
Wilson, NC 27894

*via Electronic Filing (ECF) on May 31, 2019:*

Rebecca Ann Solarz, Esquire on behalf of Quicken Loans Inc.
bkgroup@kmllawgroup.com

Scott Waterman, Esquire, Chapter 13 Trustee
ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                                **ROSS, QUINN & PLOPPERT, P.C.**

                                     By:     */s/ Joseph Quinn*
                                                        Joseph Quinn, Esquire
                                                        Attorney I.D. No. 307467
                                                        192 S. Hanover Street, Suite 101
                                                        Pottstown, PA 19464
                                                        T: 610.323.5300
                                                        F: 610.323.6081
                                                        jquinn@rqplaw.com
Date:  May 31, 2019                     Counsel for Debtor