**PA BEAUTY SUPPLY**

| Employee ID | Employee Name | | | Date | Vacation | Sick | Social Sec. No. | Start Period | End Period | 32948 |
|---|---|---|---|---|---|---|---|---|---|---|
| 79 | AMY MERCURI | | | 4/1/2019 | 0.00 | 0.00 | ███████ | 3/24/2019 | 3/30/2019 | **32948** |

| Earnings | | | | Taxes | | | Deductions | | Benefits | |
|---|---|---|---|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Withheld | Year-To-Date | Code | Amount | Year-To-Date | Code | Amount | Year-To-Date |

| Code | Rate | Hours | Amount | Code | Withheld | Year-To-Date | Code | Amount | Year-To-Date | Code | Amount | Year-To-Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAS | $75.00 | | $75.00 | FICA | | | | $0.00 | $0.00 | | $0.00 | $0.00 |
| SALARY | $60,000.00 | 40.00 | $1,153.85 | Med. | $16.73 | $16.73 | | | | | | |
| | | | | S.S. | $71.54 | $71.54 | | | | | | |
| | | | | Federal | $158.13 | $158.13 | | | | | | |
| | | | | State | | | | | | | | |
| | | | | PA | $35.42 | $35.42 | | | | | | |
| | | | | Local | | | | | | | $0.00 | |
| | | | | SDI | $0.69 | $0.69 | | | | | | |
| | Total | 40.00 | $1,228.85 | | $282.51 | | | $0.00 | | | | |

| Gross Year-To-Date | Net Year-To-Date |
|---|---|
| $1,153.85 | $946.34 |
| Net Pay | |
| | $946.34 |



### Paystub 33058

**PA BEAUTY SUPPLY**

| Employee ID | Employee Name | Date | Vacation | Sick | Social Sec. No. | Start Period | End Period |
|---|---|---|---|---|---|---|---|
| 79 | AMY MERCURI | 4/22/2019 | 0.00 | 0.00 | [redacted] | 4/14/2019 | 4/20/2019 |

**Earnings**

| Code | Rate | Hours | Amount |
|---|---|---|---|
| GAS | $75.00 | | $75.00 |
| SALAR | $60,000.00 | 40.00 | $1,153.85 |
| Total | | 40.00 | $1,228.85 |

**Taxes**

| Code | Withheld | Year-To-Date |
|---|---|---|
| FICA | | |
| Med. | $16.73 | $68.92 |
| S.S. | $71.53 | $286.15 |
| Federal | $77.50 | $390.63 |
| State | | |
| PA | $35.42 | $141.68 |
| Local | | |
| L-1 0 | $11.54 | $34.62 |
| SDI | $0.69 | $2.76 |
| | $213.41 | |

**Deductions**: $0.00

**Benefits**: $0.00

Gross Year-To-Date: $4,615.40  Net Year-To-Date: $3,492.64
Net Pay: $1,015.44

---

### Paystub 33090

**PA BEAUTY SUPPLY**

| Employee ID | Employee Name | Date | Vacation | Sick | Social Sec. No. | Start Period | End Period |
|---|---|---|---|---|---|---|---|
| 79 | AMY MERCURI | 4/29/2019 | 0.00 | 0.00 | [redacted] | 4/21/2019 | 4/27/2019 |

**Earnings**

| Code | Rate | Hours | Amount |
|---|---|---|---|
| GAS | $75.00 | | $75.00 |
| SALAR | $60,000.00 | 40.00 | $1,153.85 |
| Total | | 40.00 | $1,228.85 |

**Taxes**

| Code | Withheld | Year-To-Date |
|---|---|---|
| FICA | | |
| Med. | $16.73 | $83.65 |
| S.S. | $71.54 | $357.69 |
| Federal | $77.50 | $468.13 |
| State | | |
| PA | $35.42 | $177.10 |
| Local | | |
| L-1 0 | $11.54 | $46.16 |
| SDI | $0.69 | $3.45 |
| | $213.42 | |

**Deductions**: $0.00

**Benefits**: $0.00

Gross Year-To-Date: $5,769.25  Net Year-To-Date: $5,008.07
Net Pay: $1,015.43

---

### Paystub 33193

**PA BEAUTY SUPPLY**

| Employee ID | Employee Name | Date | Vacation | Sick | Social Sec. No. | Start Period | End Period |
|---|---|---|---|---|---|---|---|
| 79 | AMY MERCURI | 5/20/2019 | 0.00 | 0.00 | [redacted] | 5/12/2019 | 5/18/2019 |

**Earnings**

| Code | Rate | Hours | Amount |
|---|---|---|---|
| GAS | $75.00 | | $75.00 |
| SALAR | $60,000.00 | 40.00 | $1,153.85 |
| Total | | 40.00 | $1,228.85 |

**Taxes**

| Code | Withheld | Year-To-Date |
|---|---|---|
| FICA | | |
| Med. | $16.73 | $133.85 |
| S.S. | $71.54 | $572.31 |
| Federal | $77.50 | $700.63 |
| State | | |
| PA | $35.42 | $283.36 |
| Local | | |
| L-1 0 | $11.54 | $80.78 |
| SDI | $0.69 | $5.52 |
| | $213.42 | |

**Deductions**: $0.00

**Benefits**: $0.00

Gross Year-To-Date: $9,230.60  Net Year-To-Date: $8,054.35
Net Pay: $1,015.43