IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Amy Mercuri, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 19-12400-amc |

---

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Third Amended Chapter 13 Plan dated and docketed October 3, 2019 was forwarded to the following parties, as follows:

***Via First Class United States Mail on October 3, 2019:***

Victoria Mosby, Bankr. Spec.
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Brian P. Henley, Assistant VP
Branch Banking & Trust Company
Bankruptcy Section
P.O. Box 1847, 100-50-01-51
Wilson, NC 27894

Aaron Rangel, Creditor Agent
ACAR Leasing LTD d/b/a
GM Financial Leasing
PO Boc 183853
Arlington, TX 76096

***via Electronic Filing (ECF) on October 3, 2019:***

Rebecca Ann Solarz, Esquire on behalf of Quicken Loans Inc.
bkgroup@kmllawgroup.com

Scott Waterman, Esquire, Chapter 13 Trustee
ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


**ROSS, QUINN & PLOPPERT, P.C.**

By:      */s/ Joseph Quinn*_____
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
jquinn@rqplaw.com

Date: <u>October 3, 2019</u>      Counsel for Debtor