## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amy Mercuri fka Amy Dimuzio<br>            Debtor(s) | CHAPTER 13 |
| Quicken Loans Inc.<br>            Movant<br>    vs.<br>Amy Mercuri fka Amy Dimuzio<br>            Debtor(s) | NO. 19-12400 AMC |
| Andrew J. Bell<br>            Co-Debtor<br>Scott Waterman<br>            Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this 2nd day of January, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code, is modified with respect to the subject premises located at 153 Austrian Dr, Blandon, PA 19510 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
Ashely M. Chan
United States Bankruptcy Judge

Amy Mercuri fka Amy Dimuzio
153 Austrian Drive
Blandon, PA 19510

Andrew J. Bell
153 Austrian Drive
Blandon, PA 19510


Joseph L. Quinn
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532