United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Amy Mercuri  
    Debtor

Case No. 19-12400-amc  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: TashaD | Page 1 of 1 | Date Rcvd: Jan 03, 2020 |
| | Form ID: pdf900 | Total Noticed: 3 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2020.
```
db            +Amy Mercuri,    153 Austrian Drive,    Blandon, PA 19510-9406
              +KML Law Group, P.C.,    Suite 5000-BNY Mellon Independence Cente,    700 Market Street,
                Philadelphia, PA 19106-2312
14307507      +Andrew Bell,    1285 Stark Rd,    Bethlehem, PA 18017-1049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2020 at the address(es) listed below:
```
              JOSEPH L QUINN    on behalf of Debtor Amy  Mercuri CourtNotices@rqplaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                                                                                                 TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amy Mercuri fka Amy Dimuzio<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Quicken Loans Inc.<br>　　　　　　Movant<br>vs.<br>Amy Mercuri fka Amy Dimuzio<br>　　　　　　Debtor(s) | NO. 19-12400 AMC |
| Andrew J. Bell<br>　　　　　　Co-Debtor<br>Scott Waterman<br>　　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 2nd day of January, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code, is modified with respect to the subject premises located at 153 Austrian Dr, Blandon, PA 19510 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
Ashely M. Chan
United States Bankruptcy Judge

Amy Mercuri fka Amy Dimuzio
153 Austrian Drive
Blandon, PA 19510

Andrew J. Bell
153 Austrian Drive
Blandon, PA 19510

Joseph L. Quinn
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532