```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania

In re:                                                            Case No. 19-12400-pmm
Amy Mercuri                                                       Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-4          User: JEGilmore              Page 1 of 2            Date Rcvd: Mar 30, 2020
                              Form ID: 210U                Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2020.
db             #+Amy Mercuri,    153 Austrian Drive,   Blandon, PA 19510-9406
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,   Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,   17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,   633 Court Street,   Second Floor,    Reading, PA 19601-4300
14315553        +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
14337515         American Express Travel Related Services Company,,    Inc.,   c/o Becket and Lee LLP,
                  PO Box 3001,   Malvern  PA 19355-0701
14307507        +Andrew Bell,   1285 Stark Rd,   Bethlehem, PA 18017-1049
14307508        +Arcadia,   645 Penn St,   Reading, PA 19601-3543
14307509        +Barclays Bank Delaware,    P.o. Box 8803,   Wilmington, DE 19899-8803
14325782        +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
14307516         PA Department of Revenue,   Lien Section,    PO Box 280948,   Harrisburg, PA 17128-0948
14310101        +Quicken Loans Inc.,    c/o Rebecca A. Solarz, Esquire,    701 Market Street,   Suite 5000,
                  Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 31 2020 08:28:43     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2020 08:47:20     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14307510         E-mail/Text: bankruptcy@bbandt.com Mar 31 2020 08:28:22     Branch Banking & Trust Co.,
                  Po Box 1847, 100-50-01-51,   Wilson, NC 27894
14316931         E-mail/Text: mrdiscen@discover.com Mar 31 2020 08:28:19     Discover Bank,
                  Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
14307512        +E-mail/Text: mrdiscen@discover.com Mar 31 2020 08:28:19     Discover Fin Svcs Llc,
                  Po Box 15316,   Wilmington, DE 19850-5316
14307513        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 31 2020 08:28:22     Gm Financial,
                  Po Box 181145,   Arlington, TX 76096-1145
14307514         E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 31 2020 08:28:21     Internal Revenue Service,
                  Insolvency Section,   PO Box 21126,   Philadelphia, PA 19114
14307511         E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 31 2020 08:42:21     Chase Card,
                  Po Box 15298,   Wilmington, DE 19850
14307515        +E-mail/Text: bnc@nordstrom.com Mar 31 2020 08:28:20     Nordstrom/td Bank Usa,
                  13531 E Caley Ave,   Englewood, CO 80111-6504
14346408         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 31 2020 08:47:22
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14307517         E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2020 08:47:20     Pay Pal/Bill Me Later,
                  PO Box 105658,   Atlanta, GA 30348-5658
14309679         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 31 2020 08:28:27
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
14307518        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 31 2020 08:28:43     Quicken Loans,
                  1050 Woodward Ave,   Detroit, MI 48226-1906
14334484        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 31 2020 08:28:43     Quicken Loans Inc.,
                  635 Woodward Avenue,   Detroit, MI 48226-3408
14348345        +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2020 08:42:19     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    Valerie Smith,   PO Box 41021,
                  Norfolk, VA 23541-1021
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0313-4          User: JEGilmore           Page 2 of 2              Date Rcvd: Mar 30, 2020
                              Form ID: 210U             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2020 at the address(es) listed below:
          JOSEPH L QUINN    on behalf of Debtor Amy  Mercuri CourtNotices@rqplaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Amy Mercuri                                                                 Case No: 19−12400−pmm

      Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 3/30/20

For The Court

Timothy B. McGrath
Clerk of Court

45
Form 210U