# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Amy Mercuri, | : | Chapter 7 |
| Debtor | : | No. : 19-12400-pmm |
| | : | |

## **PRAECIPE TO CHANGE ADDRESS**

TO THE CLERK:

    Kindly update the Court's records to reflect a new address for debtor Amy Mercuri, effective immediately, to:

10 Landis Court

Falling Waters, WV 25419

                  ROSS, QUINN & PLOPPERT, P.C.

                  By:    /s/ Joseph Quinn
                              Joseph Quinn, Esquire
                              Attorney I.D. No. 307467
                              192 S. Hanover Street, Suite 101
                              Pottstown, PA 19464
                              T: 610.323.5300
                              F: 610.323.6081
                              JQuinn@rqplaw.com

Date: April 2, 2020