United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-12400-pmm
Amy Mercuri                                                               Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa              Page 1 of 2              Date Rcvd: Mar 31, 2020
                            Form ID: 309A           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
```
db             #+Amy Mercuri,    153 Austrian Drive,    Blandon, PA 19510-9406
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14315553        +ACAR Leasing LTD d/b/a GM Financial Leasing,     PO Box 183853,    Arlington, TX 76096-3853
14307507        +Andrew Bell,    1285 Stark Rd,    Bethlehem, PA 18017-1049
14307508        +Arcadia,    645 Penn St,    Reading, PA 19601-3543
14325782        +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14307516         PA Department of Revenue,    Lien Section,    PO Box 280948,    Harrisburg, PA 17128-0948
14310101        +Quicken Loans Inc.,    c/o Rebecca A. Solarz, Esquire,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
14337129        +Ross, Quinn & Ploppert, P.C.,    192 S. Hanover Street, Suite 101,    Pottstown, PA 19464-6096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: CourtNotices@rqplaw.com Apr 01 2020 04:06:45      JOSEPH L QUINN,
                  Ross, Quinn & Ploppert, P.C.,    192 S. Hanover Street, Suite 101,    Pottstown, PA  19464
tr              +EDI: QRHHOLBER.COM Apr 01 2020 08:03:00      ROBERT H. HOLBER,    Robert H. Holber PC,
                  41 East Front Street,    Media, PA 19063-2911
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 01 2020 04:07:07      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 01 2020 04:07:03      United States Trustee,
                  Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14337515         EDI: BECKLEE.COM Apr 01 2020 08:03:00      American Express Travel Related Services Company,,
                  Inc.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14307510         E-mail/Text: bankruptcy@bbandt.com Apr 01 2020 04:06:50      Branch Banking & Trust Co.,
                  Po Box 1847, 100-50-01-51,    Wilson, NC 27894
14307509        +EDI: TSYS2.COM Apr 01 2020 08:03:00      Barclays Bank Delaware,    P.o. Box 8803,
                  Wilmington, DE 19899-8803
14316931         EDI: DISCOVER.COM Apr 01 2020 08:03:00      Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH  43054-3025
14307512        +EDI: DISCOVER.COM Apr 01 2020 08:03:00      Discover Fin Svcs Llc,    Po Box 15316,
                  Wilmington, DE 19850-5316
14307513        +EDI: PHINAMERI.COM Apr 01 2020 08:03:00      Gm Financial,    Po Box 181145,
                  Arlington, TX 76096-1145
14307514         EDI: IRS.COM Apr 01 2020 08:03:00      Internal Revenue Service,    Insolvency Section,
                  PO Box 21126,    Philadelphia, PA 19114
14307511         EDI: JPMORGANCHASE Apr 01 2020 08:03:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850
14307515        +E-mail/Text: bnc@nordstrom.com Apr 01 2020 04:06:50      Nordstrom/td Bank Usa,
                  13531 E Caley Ave,    Englewood, CO 80111-6504
14346408         EDI: PRA.COM Apr 01 2020 08:03:00      Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk VA 23541
14307517         EDI: RMSC.COM Apr 01 2020 08:03:00      Pay Pal/Bill Me Later,    PO Box 105658,
                  Atlanta, GA 30348-5658
14309679         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 01 2020 04:07:03
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
14307518        +E-mail/Text: bankruptcyteam@quickenloans.com Apr 01 2020 04:07:06      Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI 48226-1906
14334484        +E-mail/Text: bankruptcyteam@quickenloans.com Apr 01 2020 04:07:06      Quicken Loans Inc.,
                  635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: Mar 31, 2020
                              Form ID: 309A           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
              JOSEPH L QUINN    on behalf of Debtor Amy  Mercuri CourtNotices@rqplaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,  rholber@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 4
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Amy Mercuri** | Social Security number or ITIN | **xxx–xx–6734** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **4/15/19** |
| Case number: | **19–12400–pmm** | Date case converted to chapter **7** | **3/30/20** |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Amy Mercuri | |
| 2. | **All other names used in the last 8 years** | fka Amy Dimuzio | |
| 3. | **Address** | 153 Austrian Drive<br>Blandon, PA 19510 | |
| 4. | **Debtor's attorney**<br>Name and address | JOSEPH L QUINN<br>Ross, Quinn & Ploppert, P.C.<br>192 S. Hanover Street, Suite 101<br>Pottstown, PA 19464 | Contact phone (610) 323–5300<br>Email:  CourtNotices@rqplaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | Contact phone (610) 565–5463<br>Email:  trustee@holber.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Debtor **Amy Mercuri**     Case number **19–12400–pmm**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 3/31/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 12, 2020 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**544 Court Street, Reading, PA 19601** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/11/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |