Certificate Number: 05781-PAE-DE-034659686

Bankruptcy Case Number: 19-12400



05781-PAE-DE-034659686

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2020, at 10:21 o'clock AM PDT, Amy Mercuri completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 13, 2020                            By:     /s/Allison M Geving

Name:   Allison M Geving

Title:   President